\*\*E-filed 01/5/07\*\*

1  J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
2  BRENDAN KENNY (SBN 237969)
   bkenny@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
4  180 Grand Avenue, Suite 225
   Oakland, California  94612
5  Tel.:   (510) 287-4160
   Fax:    (510) 287-4161
6  E-mail:  bkenny@andradalaw.com

7  Attorneys for Defendant
   DEPUTY G.L. ARNOLD

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12  | | |
    |---|---|
    | RICHARD A. McCLAIN,  Plaintiff,  v.  DEPUTY G. L. ARNOLD, et al.,  Defendants. | Case No.: CV-06-03834 JF  **EX PARTE APPLICATION AND ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTION**  Action Filed:  June 20, 2006  Trial: |

18     Defendant DEPUTY G. L. ARNOLD hereby applies to the Court ex parte for an extension of time to file summary judgment or other dispositive motion. Plaintiff RICHARD A. McCLAIN is incarcerated and cannot easily be reached.

21     Such an extension is timely and is necessary to allow additional time to prepare such pleading because defendant DEPUTY G. L. ARNOLD was served with service of Summons and Complaint on June 21, 2007. Our office only received the Summons and Complaint on or about July 20, 2007. At the time our office received the Summons and Complaint, we could not determine whether DEPUTY G. L. ARNOLD had been served. Consequently, on July 20, 2007, defense counsel Randy Andrada sent a letter to the United States Marshall in an effort to determine whether service had been perfected. (Exhibit A). On August 6, 2007, the court entered on the docket that DEPUTY G. L. ARNOLD was served on June 21, 2007.

1

{00051530.DOC/}AIMS 0663
EX PARTE APP. AND ORDER EXTENDING TIME TO FILE MOTION

McClain v. Deputy G.L. Arnold, et al.
USDC Case No. CV 06-03834 JF

Defendant DEPUTY G. L. ARNOLD filed an answer on August 13, 2007.

Counsel for defendant has not yet had the opportunity to confirm the allegations in the Complaint which allege that plaintiff has exhausted his administrative remedies. If there is merit to plaintiff's exhaustion allegations, then defendant needs additional time to obtain the records necessary to prepare a summary judgment motion and to have an expert review of the records.

Such an extension is timely and is necessary to allow additional time to prepare a dispositive motion.

Defendant DEPUTY G. L. ARNOLD respectfully requests that the Court extend the time for defendant to file a summary judgment or other disposition motion to November 5, 2007.

Dated: October 1, 2007

ANDRADA & ASSOCIATES

By _____
BRENDAN KENNY
Attorneys for Defendant
G. L. ARNOLD

## ORDER

Having considered defendant's ex parte application for additional time to file a summary judgment or other disposition pleading, and finding good cause therefor,

IT IS HEREBY ORDERED that defendant DEPUTY G. L. ARNOLD has to and including August 5, 2006 by which to file such pleading.

Dated: 10/5/07

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

{00051530.DOC/}AIMS 0663
EX PARTE APP. AND ORDER EXTENDING TIME TO FILE MOTION

McClain v. Deputy G.L. Arnold, et al.
USDC Case No. CV 06-03834 JF

# PROOF OF SERVICE

<u>*Richard Allen McClain v. Deputy G.L. Arnold, et al.*</u>
U. S. District Court, Northern District of California, Case No. CV 06-03834 JF

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action; that my business address is 180 Grand Avenue, Suite 225, Oakland, California; and that on October 1, 2007, I served a true copy of the foregoing document(s) entitled:

**EX PARTE APPLICATION AND ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTION; DECLARATION OF BRENDAN KENNY IN SUPPORT OF EX PARTE APPLICATION AND ORDER EXTENDING TIME TO FILE DISPOSITIVE MOTION**

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Richard Allen McClain, P-60749          **In Pro Per**
CA State Prison-Avenal
P. O. Box 9
520-1-80-L
Avenal, CA  93204

__X__   (By Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Andrada & Associates.

____   (By Hand)  I caused each envelope to be delivered by hand to the person(s) listed above.

____   (By Telecopy)  I caused each document to be sent by fax to the fax as indicated above.

____   (By Overnight Delivery)  I caused each envelope to be delivered by overnight delivery to the person(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 1, 2007, at Oakland, California.

SHERRY P. ACOSTA